UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TROY STOFFEL AND JODI STOFFEL, | Civil No. 09-0985 (JRT/FLN) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| TRAUNER, COHEN & THOMAS, MARCUS GRIFFIN, AND JANE DOE, | |
| Defendants. | |

_____

William Michelson, **MARSO MICHELSON & HARRIGAN, PA**, 3101 Irving Avenue South, Minneapolis, MN 55408, for plaintiff.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 3], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: June 4, 2009
at Minneapolis, Minnesota.

                                                      s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                United States District Judge